# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARROD MOTEN,<br><br>             Plaintiff,<br><br>      v.<br><br>EASTERN DISTRICT COURTHOUSE OF CALIFORNIA, et al.,<br><br>             Defendants. | Case No. 1:24-cv-01387-SAB<br><br>ORDER TO SUBMIT APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY FILING FEE WITHIN 45 DAYS |

Plaintiff is a state prisoner proceeding *pro se* in a civil rights action pursuant to 42 U.S.C. § 1983. Following the Court's November 14, 2024 order (ECF No. 2), Plaintiff submitted an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915, but the application is incomplete and not supported by any certified copy of an inmate trust account statement. (ECF No. 3.) Specifically, the application is missing the second page, which includes necessary information for the Court to evaluate Plaintiff's application.

In light of the foregoing, IT IS HEREBY ORDERED that:

1. The Clerk's Office shall send to Plaintiff the form for application to proceed *in forma pauperis*;

2. Within **forty-five (45) days** of the date of service of this order, Plaintiff shall submit the attached application to proceed *in forma pauperis*, completed and signed, or in the alternative, pay the $405.00 filing fee for this action; and

3. **Failure to comply with this order shall result in dismissal of this action.**

IT IS SO ORDERED.

Dated: __**December 10, 2024**__

STANLEY A. BOONE
United States Magistrate Judge