# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARROD MOTEN,<br><br>          Plaintiff,<br><br>     v.<br><br>EASTERN DISTRICT COURTHOUSE<br>OF CALIFORNIA, et al.<br><br>          Defendants. | No. 1:24-cv-01387-SAB<br><br>ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED<br><br>(ECF No. 4)<br><br>**FOURTEEN DAY DEADLINE** |

Plaintiff is proceeding pro se and in forma pauperis in this action filed pursuant to 42 U.S.C. § 1983.

On November 14, 2024, the Court ordered Plaintiff to pay the $405.00 filing fee or submit an application to proceed in forma pauperis within forty-five days. (ECF No. 2.) On December 9, 2024, Plaintiff filed an application to proceed in forma pauperis that was missing the second page and not supported by a certified copy of an inmate trust account statement. (ECF No. 3.) Accordingly, on December 10, 2024, the Court ordered that Plaintiff file a complete application within forty-five days. (ECF No. 4.) On December 13, 2024, the Court received a certified copy of an inmate trust account statement. (ECF No. 5.) However, Plaintiff has not filed a complete signed application that includes the second page and the deadline to do so has passed. The Court does not have the necessary information to evaluate Plaintiff's request to proceed in forma pauperis.

Accordingly, it is HEREBY ORDERED that Plaintiff shall show cause within **fourteen (14) days** from the date of service of this order why this action should not be dismissed for failure to prosecute and failure to comply with a court order.  <u>Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed for the reasons stated above</u>.

IT IS SO ORDERED.

Dated:   **January 31, 2025**

STANLEY A. BOONE
United States Magistrate Judge