UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARROD MOTEN,<br><br>                Plaintiff,<br><br>    v.<br><br>EASTERN DISTRICT COURTHOUSE OF CALIFORNIA, et al.,<br><br>                Defendants. | No.  1:24-cv-01387-SAB<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DENYING PLAINTIFF'S MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS<br><br>Docs. 3, 7, 9<br><br>**TWENTY-ONE (21) DAY DEADLINE** |

      On November 13, 2024, plaintiff, a prisoner proceeding pro se, filed the instant action pursuant to 42 U.S.C. § 1983 against defendants Eastern District Courthouse of California, Judge Kimberly J. Mueller, Judge Gary S. Austin, Judge Christopher D. Baker, Judge Sheri Pym, Judge Barbara A. McAuliffe, Judge Jennifer L. Thurston, and Judge David O. Carter.  Doc. 1.

      On February 10, 2025, the assigned magistrate judge issued findings and recommendations recommending that plaintiff's application to proceed in forma pauperis be denied pursuant to 28 U.S.C. § 1915(g) and directing plaintiff to pay the $405.00 filing fee in full to proceed with the action.  Doc. 9.  The assigned magistrate judge found plaintiff subject to the three strikes bar of 28 U.S.C. § 1915(g).  *Id.*  The findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days after service.  *Id.*  Plaintiff did not file objections, and the deadline to do so has expired.

1

  In accordance with 28 U.S.C. § 636(b)(1), this Court has conducted a de novo review of the case. Having carefully reviewed the file, the Court concludes that the findings and recommendations are supported by the record and proper analysis. The magistrate judge correctly determined that plaintiff was precluded from proceeding in forma pauperis under 28 U.S.C. § 1915(g). Plaintiff's prior strikes include the district court's dismissals of plaintiff's actions in *Moten v. Calderon*, No. 2:23-cv-02595-DOC-SP (C.D. Cal.), and *Moten v. Phiefer*, No. 2:23-cv-06355-DOC-SP (C.D. Cal.), for failure to state a claim, and the Court of Appeals' dismissal of plaintiff's appeal in *Moten v. Abrams*, No. 2:23-cv-06359-GW (C.D. Cal.), as frivolous. *See El-Shaddai v. Zamora*, 833 F.3d 1036, 1043 (9th Cir. 2016) (dismissal of an appeal as frivolous, malicious, or for failure to state a claim constitutes a strike under 28 U.S.C. § 1915(g)).

  Accordingly,

1. The findings and recommendations issued on February 10, 2025, Doc. 9, are adopted in full;
2. In accordance with 28 U.S.C. § 1915(g), plaintiff's applications to proceed in forma pauperis, Docs. 3, 7, are denied; and
3. Within **twenty-one (21) days** following the date of service of this order, plaintiff shall pay the $405.00 filing fee in full to proceed with this action. If plaintiff fails to pay the filing fee within the specified time, this action will be dismissed without further notice.

IT IS SO ORDERED.

  Dated:  March 19, 2025

                UNITED STATES DISTRICT JUDGE

2