UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARROD MOTEN,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>EASTERN DISTRICT COURTHOUSE OF CALIFORNIA, et al.,<br><br>　　　　Defendants. | Case No.: 1:24-cv-01387-KES-SAB<br><br>ORDER DISMISSING ACTION WITHOUT PREJUDICE FOR FAILURE TO PAY THE FILING FEE<br><br>Doc. 10 |

Plaintiff Sharrod Moten is state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. On February 10, 2025, the assigned magistrate judge issued findings and recommendations recommending that plaintiff's application to proceed in forma pauperis be denied and requiring plaintiff to pay the filing fee in full. Doc. 9. The findings and recommendations concluded that plaintiff was subject to the three-strikes bar of 28 U.S.C. § 1915(g) and that plaintiff failed to show he was in imminent danger of physical injury sufficient to warrant an exception under § 1915. *Id.*

On March 19, 2025, the Court adopted the findings and recommendations, denied plaintiff's motion to proceed in forma pauperis, and ordered plaintiff to pay the $405 filing fee in full within 21 days. Doc. 12. Plaintiff was warned if he failed to pay the filing fee within the specified time, the action would be dismissed without further notice. *Id.* at 2. Despite the Court's warning, plaintiff has failed to pay the required filing fee and the deadline for him to do so has

expired. Without such payment, the action cannot proceed before the Court. *See Saddozai v. Davis*, 35 F.4th 705, 709 (9th Cir. 2022).

Accordingly, the Court ORDERS:

1. This action is dismissed without prejudice for plaintiff's failure to pay the filing fee.
2. The Clerk of the Court is directed to terminate any pending motions and close this case.

IT IS SO ORDERED.

Dated:  September 11, 2025

UNITED STATES DISTRICT JUDGE

2